1  Lawrence J. Gornick (SBN 136290)
   Steven B. Stein (SBN 52829)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, California 94104
   Tel: (415) 646-7160
4  Fax: (415) 981-1270

5  Attorneys for Plaintiffs

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 ARTHARINE JOHNSON (AL);                    ) Docket No.: 3:06-CV-7091-CRB
                                              )
12 RODNEY MORTON (AL);                        )
                                              ) **STIPULATION AND [PROPOSED]**
13 JAMES NELSON (MS);                         ) **ORDER FOR DISMISSAL WITH**
                                              ) **PREJUDICE APPLICABLE TO BEXTRA**
14 JANEAN MITCHELL, Individually and as       ) **CLAIM OF JANEAN MITCHELL,**
   Personal Representative of the Estate of RODNEY ) **INDIVIDUALLY AND AS PERSONAL**
15 MITCHELL, Deceased (WA);                   ) **REPRESENTATIVE OF THE ESTATE OF**
                                              ) **RODNEY MITCHELL**
16                                            )
17              Plaintiffs,                   )
                                              )
18        vs.                                 )
                                              )
19                                            )
   PFIZER, INC., PHARMACIA CORPORATION        )
20 and G.D. SEARLE, LLC,                      )
                                              )
21              Defendants.                   )
                                              )

Mitchell(WD) DWP.docx                 - 1 -    STIPULATION AND [PROPOSED] ORDER FOR
                                               DISMISSAL WITH PREJUDICE APPLICABLE TO
                                               BEXTRA CLAIM OF JANEAN MITCHELL,
                                               INDIVIDUALLY AND AS PERSONAL
                                               REPRESNTATIVE OF THE ESTATE OF RODNEY
                                               MITCHELL

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto that the action of JANEAN MITCHELL, Individually and as Personal Representative of the Estate of RODNEY MITCHELL, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 12-3-05

By: _____
Jeffrey A. Kaiser
Attorney for All Plaintiffs

DATED: 2/22/2010

By: _____
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

---

Mitchell(WD) DWP.docx        - 2 -        STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF JANEAN MITCHELL, INDIVIDUALLY AND AS PERSONAL REPRESNTATIVE OF THE ESTATE OF RODNEY MITCHELL

## [~~PROPOSED~~] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that the action of JANEAN MITCHELL, Individually and as Personal Representative of the Estate of RODNEY MITCHELL, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: APR - 5 2010

_____
The Honorable Charles Breyer
Judge of the United States District Court