Lawrence J. Gornick (SBN 136290)
Steven B. Stein (SBN 52829)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHARINE JOHNSON (AL); | Docket No.: 3:06-CV-7091-CRB |
| RODNEY MORTON (AL); | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF RODNEY MORTON** |
| JAMES NELSON (MS); | |
| JANEAN MITCHELL, Individually and as Personal Representative of the Estate of RODNEY MITCHELL, Deceased (WA); | |
| Plaintiffs, | |
| vs. | |
| PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, | |
| Defendants. | |

Morton DWP.docx — - 1 - — STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF RODNEY MORTON

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the action of RODNEY MORTON, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 12-3-05

By: _____
Jeffrey A. Kaiser
Attorney for All Plaintiffs

DATED: 2/22/2010

By: _____
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

1 **[PROPOSED] ORDER**

2 Good cause appearing therefore, IT IS HEREBY ORDERED that the action of RODNEY MORTON, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: APR - 5 2010

The Honorable Charles Breyer
Judge of the United States District Court