1  Lawrence J. Gornick (SBN 136290)
   Steven B. Stein (SBN 52829)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   44 Montgomery Street, 36th Floor
3  San Francisco, California 94104
   Tel: (415) 646-7160
4  Fax: (415) 981-1270

5  Attorneys for Plaintiffs

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ARTHARINE JOHNSON (AL);              )   Docket No.: 3:06-CV-7091-CRB
                                        )
12 RODNEY MORTON (AL);                  )
                                        )   **STIPULATION AND [PROPOSED]**
13 JAMES NELSON (MS);                   )   **ORDER FOR DISMISSAL WITH**
                                        )   **PREJUDICE APPLICABLE TO BEXTRA**
14 JANEAN MITCHELL, Individually and as )   **CLAIM OF JAMES NELSON**
   Personal Representative of the Estate of RODNEY )
15 MITCHELL, Deceased (WA);             )
                                        )
16                                      )
                                        )
17         Plaintiffs,                  )
                                        )
18     vs.                              )
                                        )
19                                      )
   PFIZER, INC., PHARMACIA CORPORATION  )
20 and G.D. SEARLE, LLC,                )
                                        )
21         Defendants.                  )
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28 _____)

**STIPULATION**

IT IS HEREBY STIPULATED by and between the parties hereto that the action of JAMES NELSON, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC, only, shall be dismissed in its entirety, with prejudice. This dismissal shall not and does not apply to the claims asserted by the remaining plaintiffs within the entire action.

DATED: 12-3-05

By: *[signature]*
Jeffrey A. Kaiser
Attorney for All Plaintiffs

DATED: 2/22/2010

By: *[signature]*
Attorney for Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC

1 **[~~PROPOSED~~] ORDER**

2 Good cause appearing therefore, IT IS HEREBY ORDERED that the action of JAMES
3 NELSON, and Defendants PFIZER, INC., PHARMACIA CORPORATION and G.D. SEARLE, LLC,
4 only, is dismissed in its entirety with prejudice. This dismissal does not apply to the claims asserted by
5 the remaining plaintiffs within the entire action.

7 DATED:     APR - 5 2010

The Honorable Charles Breyer
Judge of the United States District Court

---

Nelson DWP.docx     - 3 -     STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE APPLICABLE TO BEXTRA CLAIM OF JAMES NELSON